**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL INC. and ELECTRONIC RECYCLERS OF AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DLUBAK GLASS COMPANY, INC. and DAVID A. DLUBAK,<br><br>Defendants._____/ | No. CV 11-80116 MISC JSW (NJV)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br>(Docket No. 7) |

The district court has referred Plaintiffs' motion to compel a response from a nonparty to a subpoena for records and all future discovery matters to this Court for determination. Doc. No. 4. Plaintiffs have moved to continue the July 13, 2011 hearing on their motion to compel to August 9, 2011 to allow Plaintiffs time to serve Defendant Dlubak Glass Company, Inc. and non-party ECS Refining Texas, LLC. Doc. No. 7. Finding good cause, the Court **grants** Plaintiffs' motion. The hearing on Plaintiffs' motion to compel is continued to August 9, 2011 at 11:30 a.m. in the Eurekea division courthouse. The parties may appear by telephone and must contact the Court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), to do so.

**IT IS SO ORDERED.**

Dated: June 30, 2011

NANDOR J. VADAS
United States Magistrate Judge