Keith M. White         #188536
G. Andrew Slater      #238126
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
kwhite@daklaw.com / aslater@daklaw.com

Attorneys for Plaintiffs, ELECTRONIC RECYCLERS INTERNATIONAL INC., and ELECTRONIC RECYCLERS OF AMERICA LLC, and Counterdefendant, ELECTRONIC RECYCLERS INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL INC., a Delaware Corporation, and ELECTRONIC RECYCLERS OF AMERICA LLC, a California Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> DLUBAK GLASS COMPANY, INC., a Pennsylvania Corporation, DAVID A. DLUBAK, an individual, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:11-mc-80116-JSW (NJV) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: VACATE MOTION TO COMPEL RESPONSE FROM NON-PARTY TO SUBPOENA FOR RECORDS; AND DISMISSAL OF ACTION** |
| DLUBAK GLASS COMPANY, INC., a Pennsylvania Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> ELECTRONIC RECYCLERS INTERNATIONAL INC., a Delaware Corporation, <br><br> Counterdefendant. | |

**STIPULATION**

Plaintiffs/Counterdefendants, ELECTRONIC RECYCLERS INTERNATIONAL, INC. and Plaintiff ELECTRONIC RECYCLERS OF AMERICA, LLC (hereinafter, collectively, "ERI") and Defendants/Counterclaimants DLUBAK GLASS COMPANY, INC. and Defendant DAVID A. DLUBAK (hereinafter, collectively, "Dlubak") by and through their counsel of record, hereby recite, stipulate and agree as follows:

1. In light of the settlement of the underlying action in the Eastern District of California (Case No. 1:10-CV-0760-LJO-GSA), the parties hereto stipulate to: (1) vacate ERI's Motion to Compel Responses from Non-Party to Subpoena for Records currently set for August 30, 2011 at 11:30 in Courtroom 11; and (2) to the extent necessary, dismiss this action (Case No. 3:11-mc-80116-JSW (NJV)), which consisted in its entirety of the Motion to Compel Responses from Non-Party to Subpoena for Records, without prejudice with each side agrees to bear its own fees and costs.

**SO STIPULATED.**

Dated:  August 22, 2011                 DOWLING, AARON & KEELER, INC.

                                        By:  /s/ G. Andrew Slater
                                             KEITH M. WHITE
                                             G. ANDREW SLATER
                                             Attorneys for Plaintiffs, ELECTRONIC
                                             RECYCLERS INTERNATIONAL INC.,
                                             and ELECTRONIC RECYCLERS OF
                                             AMERICA LLC, and Counterdefendant
                                             ELECTRONIC RECYCLERS
                                             INTERNATIONAL INC.

Dated:  August 22, 2011                 McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH, LLP

                                        By:  /s/ Mandy L. Jeffcoach
                                             TIMOTHY J. BUCHANAN
                                             MANDY L. JEFFCOACH
                                             Attorneys for Defendants
                                             DLUBAK GLASS COMPANY, INC., a
                                             Pennsylvania Corporation, DAVID A.
                                             DLUBAK,

## ORDER

The Court, having reviewed the above stipulation and finding good cause to support it, hereby enters the stipulation as an ORDER OF THE COURT and ~~(1)~~ vacates ERI's Motion to Compel Responses from Non-Party to Subpoena for Records currently set for August 30, 2011 at 11:30 in Courtroom 11; ~~and (2) dismisses Case No. 3:11-mc-80116-JSW (NJV) without prejudice~~.

Dated: _August 23_, 2011

_____
Honorable Nandor J. Vadas
United States Magistrate Judge

12402-009\00795268.DOC.



# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )   SS
COUNTY OF FRESNO        )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is Dowling, Aaron & Keeler, Inc., 8080 N. Palm Avenue, Third Floor, Fresno, California, 93711. On August 22, 2011, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE: VACATE MOTION TO COMPEL RESPONSE FROM NON-PARTY TO SUBPOENA FOR RECORDS; AND DISMISSAL OF ACTION**

☐ **BY FAX:** By transmitting via facsimile transmission the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California, addressed as set forth below.

☐ **BY OVERNIGHT COURIER:** By causing the document(s) listed above to be picked up by an overnight courier service company for delivery to the address(es) listed below on the next business day.

| | |
|---|---|
| James E. Kemp, Esq.<br>Law Office of James E. Kemp<br>530 Lytton Avenue, 2nd Floor<br>Palo Alto, California 94301 | ECS Refining Texas, LLC<br>Kenneth R. Taggart, Agent for Service of Process<br>705 Reed Street<br>Santa Clara, CA  95050 |

*Attorney for ECS Refining Texas, LLC.*

I am readily familiar with the firm's practices of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 22, 2011, at Fresno, California.

/s/ Nellie M. Jacques
Nellie M. Jacques

12402-009\00795268.DOC.

